IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:11CR332 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PEDRO MEZA-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of defendant Pedro Meza-Perez (Meza-Perez) to extend the time in which to file pretrial motions (Filing No. 16). The motion does not comply with NECrimR 12.3 (a) and paragraph 9 of the Progression Order (Filing No. 10) in that the motion is not accompanied by the defendant's affidavit or declaration stating that the defendant:

(1) was advised by the defense attorney of the reasons for seeking an extension;
(2) understands that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174; and
(3) with this understanding and knowledge, agrees to the filing of the motion.

Accordingly, the motion (Filing No. 16) is :

( X ) Held in abeyance pending compliance with NECrimR 12.3(a) and Paragraph 9 of the Progression Order. Absent compliance **on or before October 31, 2011**, the motion will be deemed withdrawn and termed on the docket.

( ) Denied.

**IT IS SO ORDERED.**

DATED this 25th day of October, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge